THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Kenji L. Littlejohn, Appellant.
 
 
 

Appeal From Cherokee County
 Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2006-UP-165
Submitted March 1, 2006  Filed March 20, 2006

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, Office of Appellate Defense, of Columbia, Kenji L. Littlejohn, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, Office of the Attorney General, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Kenji L. Littlejohn appeals his conviction for voluntary manslaughter.  He maintains the trial court unfairly emphasized the issue of proximate cause by recharging the jury on that issue when the jury only asked to be recharged on law regarding voluntary and involuntary manslaughter.  Additionally, Littlejohn filed a pro se brief in which he argues the evidence was insufficient to show his actions were the proximate cause of Allens death, the evidence was insufficient to support a verdict of voluntary manslaughter, and the trial court improperly denied his motion for a new trial.  After a thorough review of the record, counsels brief, and Littlejohns pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Littlejohns appeal and grant counsels motion to be relieved. [1] 
APPEAL DISMISSED. 
BEATTY, SHORT, and WILLIAMS, JJ., concur.

 [1] We decide this case without oral argument pursuant to Rule 215, SCACR.